201906673
reg

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| IN RE: | Case No. 19-32856 |
| BRADLEY J RIEMAN<br>PAMELA J RIEMAN,<br>    Debtors | Chapter 13<br><br>Judge Joan A. Lloyd<br><br>**AGREED ORDER RESOLVING OBJECTION TO DEBTOR'S PLAN BY THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-42CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-42CB FILED ON SEPTEMBER 12, 2019 (PROPERTY ADDRESS: 5011 ABBYDALE COURT LOUISVILLE, KY 40229) DOCKET NO. 11** |

This matter having come before the Court upon the Objection to Debtors' Plan filed herein on September 12, 2019 as PACER Docket No. 11 (hereinafter "Objection") by the secured creditor, The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-42CB, Mortgage Pass-Through Certificates, Series 2005-42CB ("Creditor"); and it appearing to the Court that the parties have agreed to a course of action which will otherwise resolve the Objection; and the Court, being otherwise fully advised in the premises, hereby makes the following findings of facts and issues the following Order with respect thereto:

1. The parties hereby agree that Creditor's claim, which includes an estimated pre-petition arrearage claim in the amount of $1,080.75 ("arrearage") is based upon a properly perfected security interest in the real property located at 5011 Abbydale Court, Louisville, KY 40229 ("Real Property") and shall be allowed in its entirety as a fully secured claim which shall be cured within a reasonable time.

2. Debtor(s) hereby agree(s) to take whatever steps necessary to modify the proposed plan currently

before the Court, the proposed modification to be filed with thirty (30) days of the entry of this Order, in order to pay to the Chapter 13 Trustee, out of future income, an amount sufficient to cure the arrearage within a reasonable time pursuant to 11 U.S.C. § 1322(b)(2). Failure by the Debtor to modify the proposed plan currently before the Court in the aforementioned fashion shall constitute a Default. Creditor reserves its right to file an Objection to the proposed modified plan if it appears the modification is not adequate to protect Creditor's interest.

3.  The Debtor(s) further agree(s) to resume their regular monthly mortgage payments outside the plan directly to Creditor, subject to any post-petition payment changes, and to make all further payments in a timely fashion. Failure to do so shall constitute a Default.

4.  In the event of a Default, said Default shall constitute "cause", including lack of adequate protection of its interest in the Real Property, and Creditor may request by motion an order terminating, annulling, or conditioning the automatic stay invoked herein by 11 U.S.C. § 362.

5.  Plan confirmation is subject to the terms and conditions stated herein.

SO ORDERED

SUBMITTED BY:
/s/ Mia L. Conner
Mia L. Conner
KY Bar Registration #: 90625
513-241-3100 x-3445
_____
Mia L. Conner, Case Attorney (90625)
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 / (513) 241-4094 Fax
wkybk@lsrlaw.com
Attorneys for Creditor

APPROVED BY:

/s/ Ross Benjamin Neuhauser
Ross Benjamin Neuhauser, Counsel for Debtor(s)
539 W. Market St. Ste. 400
Louisville, KY 40202
whitford13notice@gmail.com
Attorney for Debtor(s)

COPIES TO:

Mia L. Conner - Attorney for Movant
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH 45202-4007
wkybk@lsrlaw.com
VIA ELECTRONIC SERVICE

William W. Lawrence - Trustee
310 Republic Plaza
200 S. Seventh Street
Louisville, KY 40202
ECF@louchapter13.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Charles R. Merrill
Asst. U.S. Trustee
601 West Broadway #512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov
VIA ELECTRONIC SERVICE

Ross Benjamin Neuhauser – Attorney for Debtors
539 W. Market St. Ste. 400
Louisville, KY 40202
whitford13notice@gmail.com
VIA ELECTRONIC SERVICE

Bradley J Rieman
5011 Abbydale Ct.
Louisville, KY 40229
VIA ORDINARY US MAIL

Pamela J Rieman
5011 Abbydale Ct.
Louisville, KY 40229
VIA ORDINARY US MAIL